IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHAEL ST. GEORGE,

   Plaintiff,

v.                                          Cause No. 2:22-cv-00160-SMV-KRS

USAA FEDERAL SAVINGS BANK,

   Defendant.

**STIPULATED ORDER GRANTING UNOPPOSED MOTION
FOR EXTENSION OF TIME TO RESPOND**

The Court having considered Plaintiff Michael St. George's Unopposed Motion for Extension of Time to Respond to Defendant USAA Federal Savings Bank's ("USAA FSB") Motion to Dismiss and Brief In Support [Doc. 18], and the Court being advised in the premises, and for good cause shown,

**FINDS**, the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED and DECREED** as follows:

The deadline for Plaintiff's response to Defendant USAA FSB's Motion to Dismiss and Brief In Support is hereby extended to August 8, 2022.

_____
HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

1

Submitted by:

LAW OFFICES OF DAVID M. HOULISTON

*/s/ David M. Houliston*
David M. Houliston
7500 Jefferson NE, Suite 106
Albuquerque, NM 87109
Phone: (505) 247-1223
Fax:    (505) 214-5204
david@houlistonlaw.com

and

Alan D. Gluth
GLUTH LAW, LLC
2455 E. Missouri, Suite A
Las Cruces, NM 88001
Phone: (575) 556-8449
alan@gluthlaw.com

Approved by:

POLSINELLI, PC

*/s/ Electronically Approved 07/08/22*
Marc Cabrera
Elizabeth Hayes
2950 N. Harwood Street, Suite 2100
Dallas, TX 75201
Phone: (214) 661-551
mcabrera@polsinelli.com
ehayes@polsinelli.com
*Attorneys for Defendant*


*/s/ David M. Houliston*
David M. Houliston